# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHAWN DALE NAÑEZ,<br><br>               Plaintiff,<br>     v.<br>KAREN DANIELS ET. AL.,<br><br>               Defendants. | Case No. C17-5663-RBL-TLF<br><br>ORDER RE-NOTING MOTION TO DISMISS |

Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure (Fed. R. Civ. P.) 41(b) on. Dkt 19. The motion was noted for December 8, 2017. Dkt. 18. Pursuant to Local Rule (LCR) 7(d)(3), any opposition to defendants' motion was due to be filed on or before December 4, 2017. Plaintiff failed to file any opposition to defendants' motion.

The Court notes that plaintiff's Motion for Court-Appointed Counsel (Dkt. 5) was also pending at the time defendants filed their Motion to Dismiss. Plaintiff's motion was denied by separate order on January 30, 2018.

Because plaintiff may have delayed responding to defendants' motion due to the pending Motion for Court-Appointed Counsel, and in order to ensure plaintiff is aware of his obligation to respond and has an opportunity to do so, the Court hereby **ORDERS** that defendants' Motion to Dismiss is re-noted to **March 2, 2018**. To the extent plaintiff intends to submit opposition papers to defendants' motion, he must do so on or before **February 26, 2018**. Defendants may submit a reply on or before the noting date.

ORDER RE-NOTING MOTION TO DISMISS - 1

1 The Clerk shall send a copy of this Order to the plaintiff.

2 Dated this 31st day of January, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER RE-NOTING MOTION TO DISMISS - 2