UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN DALE NANEZ,

        Plaintiff,

v.

KAREN DANIELS,

        Defendants.

Case No. C17-5663-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Theresa L. Fricke [Dkt. #33], and the underlying record.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    Defendants' motion for summary judgment is **GRANTED** and this action is **DISMISSED without prejudice for failure to exhaust administrative remedies.**

(3)    If Nanez appeals, his in forma pauperis status will continue; and

(4)    The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge Fricke.

IT IS SO ORDERED.

Dated this 22nd day of February, 2019.

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1